FILED
2019 Aug-22 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBYN DEEMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | Civil Action Number |
| **COMMISSIONER, SOCIAL** ) | **2:18-cv-01664-AKK** |
| **SECURITY** ) | |
| **ADMINISTRATION,** ) | |
| ) | |
| **Defendant,** ) | |

## MEMORANDUM OPINION

On July 31, 2019, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the magistrate judge's recommendations. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court affirm the Commissioner's decision.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** the 22nd day of August, 2019.

                                              **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE